UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL G. WILLIAMS,

Plaintiff,

v.

CASE NO. 8:12-CV-2395-T-17AEP

CAROLYN W. COLVIN,
Acting Commissioner of the
United States Social Security
Administration,

Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 20    Report and Recommendation

In this case, Plaintiff Michael G. Williams sought judicial review of a final decision
of the Commissioner of Social Security denying Plaintiff's claim for Disability Insurance
Benefits and Supplemental Security Income. The assigned Magistrate Judge has
entered a Report and Recommendation in which it is recommended that the decision of
the Commissioner be affirmed.

The Court has carefully reviewed the pleadings, and Administrative Record.
(Dkt. 12). No objections to the Report and Recommendation have been filed. After
consideration, the Court adopts the Report and Recommendation, which is
incorporated herein by reference. Accordingly, it is

Case No. 8:12-CV-2395-T-17AEP

**ORDERED** that the Report and Recommendation is **adopted and incorporated**; the decision of the Commissioner denying benefits to Plaintiff Williams is **affirmed.** The Clerk of Court shall enter a final judgment in favor of Defendant Carolyn W. Colvin, Acting Commissioner of the United States Social Security Administration, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 4th day of February, 2014.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record